IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELLY SALAK NEWELL,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION |
| vs. | : <br> : | NO. 12-6094 |
| HERITAGE SENIOR LIVING, LLC,<br>and WESTRUM HANOVER, LP,<br>trading as TRADITIONS OF<br>HANOVER,<br>    Defendants | : <br> : <br> : <br> : <br> : | |

## O R D E R

**AND NOW,** this   3rd   day of February, 2016, upon consideration of the defendants' motion for summary judgment (Document #71), and the plaintiff's motion for partial summary judgment (Document #73), and all the responses thereto, IT IS HEREBY ORDERED that:

1. The defendants' motion is GRANTED in its entirety.

2. The plaintiff's motion is DENIED in its entirety.

3. Judgment is ENTERED on behalf of the defendants and against the plaintiff.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.