IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHELLY SALAK NEWELL,** | : | CIVIL ACTION |
|     **Plaintiff** | : | |
| | : | |
| **vs.** | : | NO. 12-6094 |
| | : | |
| **WESTRUM HANOVER, LP t/a** | : | |
| **TRADITIONS OF HANOVER, et al.,** | : | |
|     **Defendants** | : | |

## O R D E R

**AND NOW,** this   21st   day of June, 2016, upon consideration of the defendants' motion for attorney's fees (Document #87), and the plaintiff's response thereto (Document #90), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.